**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**EDUARDO GONZALEZ,**

Defendant.

CR NO: 2:26-CR-00103-DAD

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Eduardo Gonzalez, CDCR No. CE0797

Detained at: Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, CA 93210

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: Felon in Possession of a Firearm
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, including service of any federal prison sentence imposed in this case.

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature: */s/ Nicole Vanek*
Printed Name & Phone No: AUSA Nicole Vanek – 916-554-2727
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/07/2026

/s/ Sean C. Riordan
Honorable Sean C. Riordan
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Eduardo Gonzalez | ☒Male | ☐Female |
| Booking or CDC #: | CDCR No. CE0797 | DOB: | 12/06/1986 |
| Facility Address: | 24863 West Jayne Avenue, Coalinga, CA 93210 | Race: | Hispanic |
| Facility Phone: | 661-721-2345 | FBI#: | 461188NC5 |
| Currently | In custody serving state sentence | | |

---

## RETURN OF SERVICE

Executed on: ____________________ ____________________
(signature)